

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09CR0815-IEG |
|---|---|---|
| v. | ) ) ) | JUDGMENT AND COMMITMENT |
| EDER PEDROTTI JUAREZ | ) ) ) | MICHAEL CROWLEY |
| | | Defendant's Attorney |

REGISTRATION NO. 07801298

VIOLATION:

__x__ Defendant pleaded guilty to count   ONE
____ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count   ONE

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
FOUR (4) MONTHS                                                                  .

__x__ SUPERVISED Release for a term of   ONE YEAR
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ supervision waived upon deportation
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
   as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
   a low risk of future substance abuse.
__x__ Penalty assessment of $ 10.00 - REMITTED
__x__ Fine waived        ____ Fine of $

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.
   IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

MARCH 19, 2009
Date of Imposition of Sentence

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: